SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY -3 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:16cr39 HSO-RHW

BRIAN KENNETH EVANS

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(j)
18 U.S.C. § 924(c)(1)(A)

**The Grand Jury charges:**

## COUNT 1

That on about April 16, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **BRIAN KENNETH EVANS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a detectable amount of methamphetamine, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 2

That on about April 16, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **BRIAN KENNETH EVANS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 3

That on or about April 16, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **BRIAN KENNETH EVANS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 3,4 Methylenedioxymethamphetamine (MDMA), commonly referred to as "ecstasy," a Schedule I narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 4

That on or about April 16, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **BRIAN KENNETH EVANS,** aided and abetted by each other and others known and unknown to the grand jury, knowingly received, possessed, concealed, stored, bartered, sold and disposed of stolen firearms which had been shipped or transported in interstate or foreign commerce.

In violation of Sections 922(j), 924(a)(2), and 2, Title 18, United States Code.

## COUNT 5

That on or about April 16, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **BRIAN KENNETH EVANS**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, a narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

In violation of Section 924(c)(1)(A), Title 18, United States Code.

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall

forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code, Section 924(d)(1), Title 18, United States Code, and Section 2461(c), Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 3rd day of May, 2016.

UNITED STATES MAGISTRATE JUDGE